PROB 12C
(6/16)

Report Date: December 1, 2025

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Dec 02, 2025**

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision    ECF No. 6

Name of Offender: Willis Mouton                    Case Number: 0980 2:25CR00022-TOR-1

Address of Offender: ▓▓▓▓▓▓▓▓▓ Spokane, Washington 99205

Name of Sentencing Judicial Officer:  The Honorable Donald W. Molloy, U.S. District Judge
Name of Supervising Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: April 26, 2019

| | |
|---|---|
| Original Offense: | Conspiracy to Distribute and Possess with the Intent to Distribute Controlled Substances, 21 U.S.C. §§ 846 and 841(b)(1)(B) |
| Original Sentence: | Prison - 90 Months; TSR - 60 Months |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | U.S. Attorney's Office |
| | Date Supervision Commenced: December 4, 2024 |
| Defense Attorney: | Federal Defenders Office |
| | Date Supervision Expires: December 3, 2029 |

### PETITIONING THE COURT

To issue a summons.

On December 4, 2024, a supervision intake was completed by a U.S. Probation Officer with Willis Mouton. Mr. Mouton signed a copy of his judgment acknowledging an understanding of the conditions imposed by the court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed. |

**Supporting Evidence**: It is alleged that Willis Mouton violated the terms of his supervised release by failing to report as directed, on or about November 14, 2025.

On October 30, 2025, during a contact with Mr. Mouton at the probation office, he was directed to report again on November 14, 2025, at 12 p.m.

On November 10, 2025, a home visit was completed at Mr. Mouton's residence. At that time, he inquired into whether he was still expected to report on November 14, 2025. The undersigned officer confirmed he was expected to report on November 14, 2025, but directed him to call the undersigned on November 12, 2025, after he met with his treatment counselor to discuss further.

On November 14, 2025, Mr. Mouton failed to report.

Prob12C
**Re: Mouton, Willis**
December 1, 2025
Page 2

On November 18, 2025, he was directed to report that same date. On November 18, 2025, Mr. Mouton reported and claimed the undersigned officer told him that he did not need to report on November 14, 2025, and that the undersigned would be the one calling him to discuss. Mr. Mouton was advised that this excuse did not make much sense and reminded him again that he was specifically told to still report on November 14, 2025, and that he was to call the undersigned after his appointment with his treatment counselor on November 12, 2025.

2  **Mandatory Condition #3**: You must refrain from the use of illegal controlled substances. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

**Supporting Evidence**: It is alleged that Willis Mouton violated the terms of his supervised release by consuming a controlled substance, methamphetamine, on or about November 17, 2025.

On November 18, 2025, Mr. Mouton reported to the probation office. He submitted to a urinalysis, which tested presumptive positive for methamphetamine. Mr. Mouton denied use and the sample was sent to the lab for additional testing. On November 19, 2025, Mr. Mouton appeared at Pioneer Human Services for a random urinalysis. His sample tested presumptive positive for methamphetamine at which time he signed a drug use admission form indicating he consumed methamphetamine on November 17, 2025. A lab report has also since been received, confirming a positive presence for methamphetamine and amphetamine.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  12/01/2025

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  The incorporation of the violations contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Thomas O. Rice
United States District Judge
December 1, 2025

Date